RICHARD F. McGINTY, OSB#86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371.2879

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **BARRY B. FROST,** | Case No. 6:16-cv-01896-SI |
| Plaintiff, | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Attorney fees in the amount of $9,530.31 ($17,788.50 less $8,258.19 EAJA Fees previously paid) are hereby awarded to Plaintiff's Attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. The agency is directed to send to Plaintiff's Attorney, at his current address shown above, the § 406(b) fee check. Any amount withheld after all

//

//

//

ORDER APPROVING § 406B ATTORNEY FEES       6:16-cv-01896-SI

McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
(503) 371-9636

Page 1

administrative and court attorneys fees are paid shall be released to the claimant.

 DATED this  20th day of May 2019.

                /s/ Michael H. Simon
              United States District Court Judge

Submitted by:
Richard F. McGinty
Attorney for Plaintiff

ORDER APPROVING § 406B ATTORNEY FEES      6:16-cv-01896-SI
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
(503) 371-9636

Page 2